# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGE TALHOUK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action File No. |
| v. | ) 1:22-cv-03122-WMR-JSA |
| | ) |
| THE RMR GROUP LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff George Talhouk and Defendant The RMR Group LLC hereby stipulate and agree that the above-captioned action is dismissed in its entirety, with prejudice. Each party shall bear his/its own costs. All rights of appeal have been waived.

[signature on following page]

Respectfully submitted this 30th day of July 2024.

| | |
|---|---|
| **GEORGE TALHOUK** | **THE RMR GROUP LLC** |
| By his counsel, | By its counsel, |
| /s/ James Radford<br>**RADFORD SCOTT LLC**<br>James Radford<br>Georgia Bar No. 108007<br>Zachary Panter<br>Georgia Bar No. 822012<br>315 West Ponce De Leon Avenue<br>Decatur, GA 30030<br>jradford@radfordscott.com<br>zpanter@radfordscott.com | /s/ Joyce Gist Lewis<br>**KREVOLIN & HORST, LLC**<br>Joyce Gist Lewis<br>Georgia Bar No.296291<br>One Atlantic Center<br>1201 West Peachtree Street, NW<br>Suite 3250<br>Atlanta, GA 30309<br>jlewis@khlawfirm.com |
| | /s/ Carla A. Reecves<br>**GOULSTON & STORRS PC**<br>Jennifer B. Furey *(Admitted Pro Hac Vice)*<br>MA State Bar No. 634174<br>jfurey@goulstonstorrs.com<br>Carla A. Reeves *(Admitted Pro Hac Vice)*<br>MA State Bar No. 681849<br>creeves@goulstonstorrs.com<br>One Post Office Square<br>Boston, MA 02109<br>Telephone: (617) 482-1776 |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGE TALHOUK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No. |
| v. ) | 1:22-cv-03122-WMR-JSA |
| ) | |
| THE RMR GROUP LLC, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2024, I electronically filed the foregoing with the Clerk's Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants.

/s/Joyce Gist Lewis
Joyce Gist Lewis